UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :   MISDEMEANOR
                                    INFORMATION

       -v-                      :   07 Cr. 583

DELROY JOHNSON,                 :   Yanthis, MJ

              Defendant.        :

- - - - - - - - - - - - - - - x

ORIGINAL

The United States Attorney Charges:

## COUNT ONE
(Failure to File Income Tax Returns)

**Background**

1. At all times relevant to this Indictment, DELROY JOHNSON, the defendant, was a resident of Rosedale, New York, and a certified public accountant employed by the Food Management Group ("FMG"), located in Eastchester, New York.

2. During the years 2002 and 2003, in exchange for accounting services he provided to FMG, DELROY JOHNSON received income from FMG in the form of salary payments totaling in excess of $80,000.

3. As a result of his receipt of the aforementioned income during the tax years 2002 and 2003, DELROY JOHNSON was required to file U.S. Individual Income Tax Returns with the Internal Revenue Service for the 2002 and 2003 tax years.

**Statutory Allegations**

4. On or about the dates set forth below, in the Eastern District of New York and elsewhere, DELROY JOHNSON, the

defendant, unlawfully, willfully, and knowingly did fail to make and file U.S. Individual Tax Returns, Forms 1040, for the calendar years set forth below, to Director of the Internal Revenue Service Center, or to any other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled, whereas, as DELROY JOHNSON, the defendant, then knew and believed, he had and received gross income during the calendar year and, by reason of such gross income, was required by law, following the close of each calendar year and on or before each of the tax return due dates set forth below, to make and file said income tax returns with the Director of the Internal Revenue Service Center, or any other proper officer of the United States:

| **YEAR** | **RETURN DUE DATE** |
|---|---|
| 2002 | April 15, 2003 |
| 2003 | April 15, 2004 |

(Title 26, United States Code, Section 7203.)

_____
MICHAEL J. GARCIA
UNITED STATES ATTORNEY