UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V

*Delroy Johnson*

Docket Number & Judge

**NOTICE OF APPEARANCE**

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. ( ) CJA         2. (X) RETAINED         3. ( ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   ( ) NO   (Y) YES,

ADMISSION MO. _9_ YR _80_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

6/28/07

SIGNATURE _____
Robert L. Herbst
Attorney for Defendant

Belkock Levine + Hoffman LLP
Firm name, if any

99 Park Ave
Street address

NYC              10016
City       State       Zip code

212-597-5840
Telephone Number