UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,

    vs.

DELROY JOHNSON,

    Defendant.

**ORDER**
06 Cr. 583 (GAY)

------------------------------------------------------------------------x

    Sentence was imposed on the defendant Delroy Johnson on November 8, 2007. As part of the sentence, this Court incorrectly imposed a special assessment of $100.00. The judgment in this case shall reflect the correct special assessment of $25.00 and the sentenced pronounced by the Court is amended accordingly.

    The Court, having been advised that the defendant has paid the said $100.00 to the Clerk's Office, hereby orders the Clerk of the Court to refund the amount of $75.00 to:

Delroy Johnson
257-06 148th Road
Rosedale, N.Y. 11422

SO ORDERED:

Dated: November 8, 2007
White Plains, New York

_____
GEORGE A. YANTHIS, U.S.M.J.